Attorney or Professional Name, Address, Telephone and FAX

Steven M. Spector (SBN: 51623)
Buchalter Nemer, a Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

FAWN RIDGE PARTNERS, LP

Debtor

Chapter 11 Case Number: 2:09-bk-15088-TD

**Professional Fee Statement**

Number: 1
Month of: March, 2009

| | |
|---|---|
| 1. Name of Professional: | Buchalter Nemer, a Professional Corporation |
| 2. Date of entry of order approving employment of the professional: | May 6, 2009 |
| 3. Total amount of pre-petition payments received by the professional: | $36,200.00 |
| 4. Less: Total amount of pre-petition services rendered and expenses: | -3,984.50 |
| 5. Balance of funds remaining on date of filing of petition: | $32,215.50 |
| 6. Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | -0.00 |
| 7. Less: Total amount of services and expenses this reporting period: | -7,623.25 |
| 8. Balance of funds remaining for next reporting period: | $24,592.25 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE.  A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | |
|---|---|
| 9. Total number of pages attached hereto: | |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: May 8, 2009
Steven M. Spector, Esq.

Attorney for Debtor and Debtor in Possession

Signature of Professional

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

March 31, 2009
Invoice No.    619002

FAWN RIDGE PARTNERS LP
2857 RAINFIELD AVENUE
THOUSAND OAKS, CA 91362-5162
Attn:    RICHARD L. DARLING

Client No:    F1213

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 04/28/09 | .00 |
| Previous Balance Remaining | .00 |
| Current Fees Through 03/31/09 | 7,500.00 |
| Invoice Total | 7,500.00 |
| **Balance Due** | **7,500.00** |

**Wire Instructions**
California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles, CA 90071
ABA#: 121002042 - Swift Code: CALBUS66
Account Name: Buchalter Nemer - Account No: 3240017271
Reference: Invoice number(s)

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| F1213-104 | CASE ADMINISTRATION | 6,990.00 | .00 | 6,990.00 |
| F1213-107 | FEE/EMPLOYMENT APPLICATIONS | 510.00 | .00 | 510.00 |
| | | 7,500.00 | .00 | 7,500.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

March 31, 2009
Invoice No.  619002-002

**FAWN RIDGE PARTNERS LP**
**2857 RAINFIELD AVENUE**
**THOUSAND OAKS, CA 91362-5162**
Attn:    RICHARD L. DARLING

Re:  CASE ADMINISTRATION
Our File No:         F1213-104

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 04/28/09 | .00 |
| Previous Balance Remaining | .00 |
| Current Fees Through 03/31/09 | 6,990.00 |
| Invoice Total | 6,990.00 |
| **Balance Due** | **6,990.00** |

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

| File Number | F1213-104 | FAWN RIDGE PARTNERS LP | 3/31/09 |
| SMS | | CASE ADMINISTRATION | 619002-002 |
| | | | Page 1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/09/09 | AJN | REVIEW PACER DOCKET FOR CASE INFORMATION AND RECENT FILINGS; MEETING WITH S. SPECTOR REGARDING STRATEGY FOR FAWN RIDGE BANKRUPTCY CASE; | .5 | 150.00 |
| 3/09/09 | AJN | REVIEW US TRUSTEE REQUIREMENTS; DRAFT EMAIL MEMORANDUM TO CLIENT EXPLAINING IN DETAIL THE SAME AND REQUESTING INFORMATION NECESSARY FOR FILING. | 1.2 | 360.00 |
| 3/12/09 | AJN | PREPARE REAL PROPERTY QUESTIONNAIRE FOR U.S. TRUSTEE; PREPARE 7-DAY PACKAGE OF INFORMATION FOR U.S. TRUSTEE; TELEPHONE CALLS WITH D. DARLING REGARDING THE SAME; CONFER WITH S. SPECTOR REGARDING THE SAME; FINALIZE 7-DAY PACKAGE FOR FILING; REVIEW REQUIREMENTS FOR U.S. TRUSTEE REPORTING. | 2.6 | 780.00 |
| 3/12/09 | SMS | REVIEW UNITED STATES TRUSTEE 7 DAY PACKAGE; CONFERENCE WITH T. NAPOLITANO RE SAME. | .4 | 240.00 |
| 3/13/09 | AJN | CORRESPONDENCE WITH D. DARLING REGARDING TAX RETURNS; REVIEW FAX CERTIFICATION; CORRESPONDENCE WITH D. SALGAROLO REGARDING RECORDING PETITION. | .3 | 90.00 |
| 3/13/09 | SMS | REVIEW CORRESPONDENCE FROM US. TRUSTEE RE INITIAL DEBTOR INTERVIEW. | .4 | 240.00 |
| 3/15/09 | AJN | CORRESPONDENCE WITH D. DARLING AND S. SPECTOR REGARDING 341(A) HEARING; DRAFT APPLICATION TO EMPLOY BUCHALTER NEMER AS COUNSEL. | 1.1 | 330.00 |
| 3/16/09 | AJN | CORRESPONDENCE WITH D. DARLING REGARDING STATUS CONFERENCE HEARING; CORRESPONDENCE REGARDING RETAINER AMOUNTS FOR EMPLOYMENT APPLICATION; REVIEW CORRESPONDENCE FROM U.S. TRUSTEE REGARDING 7-DAY PACKAGE. | .4 | 120.00 |
| 3/17/09 | AJN | PREPARE NOTICE OF BANKRUPTCY FILING FOR VENTURA COUNTY RECORDERS OFFICE; PREPARE SCHEDULES TO BANKRUPTCY PETITION; PREPARE ANCILLARY DOCUMENTS RELATED TO BANKRUPTCY FILING; TELEPHONE CALL WITH S. LOR (US TRUSTEE) REGARDING RESCHEDULE OF INITIAL DEBTOR INTERVIEW; CORRESPONDENCE WITH S. LOR REGARDING THE SAME; CORRESPONDENCE WITH D. DARLING REGARDING THE SAME. | 2.2 | 660.00 |
| 3/17/09 | AJN | CONTINUE PREPARING SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND ANCILLARY DOCUMENTS; PREPARE MEMORANDUM SUMMARIZING DOCUMENTS NEED FROM DEBTOR FOR FILING; PREPARE MEMORANDUM REGARDING CRITICAL DATES AND DEADLINES IN CASE. | 1.9 | 570.00 |
| 3/17/09 | SMS | REVIEW RECORDING DOCUMENTATION - 7 DAY PACKAGE; MEMOS WITH T. NAPOLITANO RE SAME. | .2 | 120.00 |
| 3/18/09 | AJN | FINALIZE DEBTOR'S SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND ANCILLARY DOCUMENTS; FINALIZE DEBTOR'S 7-DAY US TRUSTEE PACKAGE; CONFER WITH S. SPECTOR REGARDING DOCUMENTS TO BE FILED; REVIEW BACKGROUND INFORMATION FOR TO COMPILE FOR REPORTING; CONDUCT LEXIS RESEARCH REGARDING RAINFIELD PROPERTY TRANSACTIONS. | 2.3 | 690.00 |
| 3/18/09 | AJN | VARIOUS CORRESPONDENCE WITH R. DARLING REGARDING INFORMATION FOR AND FINALIZATION OF SCHEDULES, STATEMENTS, 7-DAY PACKAGE; VARIOUS TELEPHONE CALLS WITH D. DARLING REGARDING EXECUTION OF DOCUMENTS. | .5 | 150.00 |
| 3/18/09 | AJN | DRAFT APPLICATION TO EMPLOY BUCHALTER NEMER AS GENERAL BANKRUPTCY COUNSEL. | 1.2 | 360.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

**BUCHALTER NEMER**
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA  90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

| File Number | F1213-104 | FAWN RIDGE PARTNERS LP | 3/31/09 |
|---|---|---|---|
| SMS | | CASE ADMINISTRATION | 619002-002 |
| | | | Page  2 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 3/18/09 | SMS | REVIEW SCHEDULES AND SOFA'S; REVIEW MEMOS FROM T. NAPOLITANO RE BANKRUPTCY DEADLINES; MEMO TO T. NAPOLITANO. | 1.0 | 600.00 |
| 3/19/09 | AJN | CORRESPONDENCE AND TELEPHONE CALLS WITH D. DARLING REGARDING COMPLETION OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND 7-DAY PACKAGE; REVISIONS TO THE SAME; CONFER WITH S. SPECTOR REGARDING FIDUCIARY DUTIES BETWEEN TENANTS IN COMMON; CONFER WITH S. SPECTOR REGARDING DEBTOR'S ACQUISITION OF RITTER'S PROMISSORY NOTE; DRAFT PRE-PETITION ACCOUNT CERTIFICATION. | 1.4 | 420.00 |
| 3/19/09 | SMS | REVIEW SCHEDULES AND SOFAS. | .3 | 180.00 |
| 3/20/09 | AJN | REVISE, FINALIZE AND PREPARE FOR FLING AMENDED VOLUNTARY PETITION, ANCILLARY CASE COMMENCEMENT DOCUMENTS, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; CORRESPONDENCE WITH D. DARLING REGARDING THE SAME. | 1.4 | 420.00 |
| 3/20/09 | AJN | VARIOUS CORRESPONDENCE AND TELEPHONE CALLS WITH D. DARLING REGARDING TAX ID NUMBER; CONDUCT PUBLIC RECORDS SEARCH FOR FAWN RIDGE TAX ID NUMBER; REVIEW REQUIREMENTS FOR OBTAINING AN EIN; DRAFT APPLICATION FOR EIN; CORRESPONDENCE WITH DEBTOR'S REAL ESTATE COUNSEL REGARDING EIN. | .8 | 240.00 |
| 3/20/09 | AJN | TELEPHONE CALL FROM S. LOR REGARDING RESCHEDULING INITIAL DEBTOR INTERVIEW; TELEPHONE CALL WITH D. DARLING REGARDING THE SAME. | .2 | 60.00 |
| 3/23/09 | AJN | CONFERENCE CALL WITH S. LOR REGARDING RESCHEDULING OF INITIAL DEBTOR INTERVIEW; CORRESPONDENCE WITH S. LOR AND D. DARLING CONFIRMING THE SAME; REVIEW DOCKET FOR RECENT FILINGS AND UPCOMING DEADLINES. | .3 | 90.00 |
| 3/27/09 | AJN | TELEPHONE CALL FROM D. DARLING REGARDING CASE DEFICIENCY NOTICE; CORRESPONDENCE WITH D. DARLING REGARDING THE SAME. | .1 | 30.00 |
| 3/31/09 | AJN | TELEPHONE CALL FROM D. DARLING REGARDING ADDITIONAL CREDITORS; RECEIVE FAX CONTAINING ADDITIONAL CREDITOR INFORMATION; CORRESPONDENCE REGARDING INITIAL INTERVIEW AND 341(A) HEARING. | .3 | 90.00 |

| Recap of Services | Hours | Effective Rate | Fees |
|---|---|---|---|
| ANTHONY J. NAPOLITANO | 18.7 | 300.00 | 5,610.00 |
| STEVEN M. SPECTOR | 2.3 | 600.00 | 1,380.00 |
| Total | 21.0 | | 6,990.00 |

| | |
|---|---|
| **Total Fees** | 6,990.00 |
| **Invoice Total** | 6,990.00 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

March 31, 2009
Invoice No. 619002-003

**FAWN RIDGE PARTNERS LP**
**2857 RAINFIELD AVENUE**
**THOUSAND OAKS, CA 91362-5162**
Attn:    RICHARD L. DARLING

Re: FEE/EMPLOYMENT APPLICATIONS
Our File No:    F1213-107

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 04/28/09 | .00 |
| Previous Balance Remaining | .00 |
| Current Fees Through 03/31/09 | 510.00 |
| Invoice Total | 510.00 |
| **Balance Due** | **510.00** |

**BUCHALTER NEMER**
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

| File Number | F1213-107 | FAWN RIDGE PARTNERS LP | 3/31/09 |
| --- | --- | --- | --- |
| SMS | | FEE/EMPLOYMENT APPLICATIONS | 619002-003 |
| | | | Page 1 |

| Date | Tkpr | Description of Services Rendered | Hours | Amount |
| --- | --- | --- | --- | --- |
| 3/18/09 | SMS | REVISE BN EMPLOYMENT APPLICATION; CONFERENCE WITH T. NAPOLITANO RE SAME. | .3 | 180.00 |
| 3/20/09 | AJN | REVIEW US TRUSTEE GUIDELINES FOR INTERIM COMPENSATION OF PROFESSIONALS; REVISE AND FINALIZE EMPLOYMENT APPLICATION; REVISE AND FINALIZE DECLARATIONS IN SUPPORT OF EMPLOYMENT APPLICATION; PREPARE THE SAME FOR FILING. | 1.1 | 330.00 |

| Recap of Services | Hours | Effective Rate | Fees |
| --- | --- | --- | --- |
| ANTHONY J. NAPOLITANO | 1.1 | 300.00 | 330.00 |
| STEVEN M. SPECTOR | .3 | 600.00 | 180.00 |
| Total | 1.4 | | 510.00 |

**Total Fees**                                                                                         510.00

**Invoice Total**                                                                                      510.00

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

March 31, 2009
Invoice No.   619002

FAWN RIDGE PARTNERS LP
2857 RAINFIELD AVENUE
THOUSAND OAKS, CA 91362-5162
Attn:    RICHARD L. DARLING

Client No:    F1213

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 04/28/09 | .00 |
| Previous Balance Remaining | .00 |
| Current Disbursements Through 03/31/09 | 123.25 |
| Invoice Total | 123.25 |
| **Balance Due** | **123.25** |

**Wire Instructions**
California Bank & Trust - 550 South Hope Street - Suite 300 - Los Angeles, CA 90071
ABA#: 121002042 - Swift Code: CALBUS66
Account Name: Buchalter Nemer - Account No: 3240017271
Reference: Invoice number(s)

| Matter Summary | | Fees | Disbursements | Total Billed |
|---|---|---:|---:|---:|
| F1213-1 | COSTS | .00 | 123.25 | 123.25 |
| | | .00 | 123.25 | 123.25 |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# BUCHALTER NEMER
A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

March 31, 2009
Invoice No.   619002-001

**FAWN RIDGE PARTNERS LP**
**2857 RAINFIELD AVENUE**
**THOUSAND OAKS, CA 91362-5162**
Attn:   RICHARD L. DARLING

Re:  COSTS
Our File No:       F1213-1

Case Number:       2:09-BK-15088

| | |
|---|---:|
| Previous Balance | .00 |
| Payments received through 04/28/09 | .00 |
| Previous Balance Remaining | .00 |
| Current Disbursements Through 03/31/09 | 123.25 |
| Invoice Total | 123.25 |
| **Balance Due** | **123.25** |

*BALANCES ARE DUE AND PAYABLE UPON PRESENTATION*
Payments received prior to the statement processing date are reflected on the statement

# BUCHALTER NEMER
### A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD
SUITE 1500
LOS ANGELES, CA 90017-2457
Telephone: (213) 891-0700 / Facsimile: (213) 896-0400
95-2640846
http://www.buchalter.com

| File Number SMS | F1213-1 | FAWN RIDGE PARTNERS LP COSTS | | | 3/31/09 619002-001 Page 1 |
|---|---|---|---|---|---|
| Date | Description of Disbursement | | CheckNo | Units | Amount |
| 3/15/09 | OUTSIDE REPRODUCTION/COPIES U.S. LEGAL MANAGEMENT SERVICES, INC. FROM USBC, LOS ANGELES TO BUCHALTER NEMER, LOS ANGELES ON 03/13/09 FAWN RIDGE PARTNERS, NEED 3 CERT COPIES OF THE PETITION FILED 3-5-09 4317971 | | 476833 | | 123.25 |
| | **Total Disbursements** | | | | 123.25 |
| | **Invoice Total** | | | | 123.25 |

| In re: FAWN RIDGE PARTNERS, LP | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017.

The foregoing document described as **PROFESSIONAL FEE STATEMENT** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 8, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Steven M. Spector - sspector@buchalter.com, IFS_efiling@buchalter.com
Anthony J. Napolitano – anapolitano@buchalter.com, IFS_efiling@buchalter.com
United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On May 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

Debtor
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/8/09 | SANDRA I. ALARCON | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

BN 2880820v1

| In re: FAWN RIDGE PARTNERS, LP | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

## ADDITIONAL SERVICE INFORMATION (if needed):

HONORABLE THOMAS B. DONOVAN
UNITED STATES BANKRUPTCY COURT - CENTRAL DISTRICT OF CALIFORNIA
EDWARD R. ROYBAL FEDERAL BUILDING AND COURTHOUSE
255 E. TEMPLE STREET, SUITE 1352
LOS ANGELES, CA 90012

BN 2880820v1