STEVEN M. SPECTOR (SBN: 51623)
Email: sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Appellant Fawn Ridge Partners, LP

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:09-bk-15088-TD |
| FAWN RIDGE PARTNERS, LP, | Chapter 11 |
| Debtor. | **NOTICE OF APPEAL** |

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that appellant Fawn Ridge Partners, LP, debtor and debtor-in-possession in the above-captioned Chapter 11 bankruptcy case ( "Appellant"), appeals under 28 U.S.C. § 158(a) from the judgment, order, or decree of the Honorable Thomas B. Donovan, United Stated Bankruptcy Judge, entered on December 7, 2009 in the above-captioned bankruptcy case. Pursuant to Rule 8001(a)-1 of the Rules of the United States Bankruptcy Appellate Panel of the Ninth Circuit, attached hereto as Exhibit "A" is a copy of (i) the Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) entered on December 7, 2009, and (ii) Supplemental Memorandum Regarding BAC Home Loan Servicing's Motion for Relief from Stay entered on December 7, 2009.

1   The names of all parties to the judgment, order, or decree appealed from and the names,
2   addresses, and telephone numbers of their respective attorneys are as follows:

| Appellant: | Appellee: |
|---|---|
| Fawn Ridge Partners, LP | BAC Home Loans Servicing, LP |
| Counsel to Appellant: | Counsel to Appellee: |
| Steven M. Spector, Esq.<br>Anthony J. Napolitano, Esq.<br>BUCHALTER NEMER, P.C.<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, California 90017 | Dean R. Prober, Esq.<br>Cassandra J. Richey, Esq.<br>POLK, PROBER & RAPHAEL<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364 |
| Telephone:  (213) 891-0700<br>Facsimile:  (213) 630-5834 | Telephone:  (818) 227-0100<br>Facsimile:  (818) 227-0101 |

The Bankruptcy Appellate Panel is authorized to hear this appeal pursuant to 28 U.S.C § 158(c)(1) and Local Bankruptcy Rule 2.1.2.1 (8001-2.1.2.1) of the United States District Court for the Central District of California. Each party has a right to have the appeal heard by district court. The Appellant has not made this election. The appellee may elect, within the time provided in 28 U.S.C. § 158(c) and Local Bankruptcy Rule 2.1.2.2 (8001-2.1.2.2) to have the appeal heard by the district court.

Dated: December 10, 2009

Respectfully Submitted,

BUCHALTER NEMER, a professional corporation

By:  */s/ Steven M. Spector*
     STEVEN M. SPECTOR

Attorneys for Appellant Fawn Ridge Partners, LP

# EXHIBIT A

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Dean R. Prober, Esq., BAR ID: 106207<br>Lee S. Raphael, Esq., BAR ID: 180030<br>Cassandra J. Richey, Esq., BAR ID: 155721<br>Polk, Prober & Raphael, A Law Corporation<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>Telephone # (818) 227-0100<br>Fax # (818) 227-0101<br>cmartin@pprlaw.net<br>☐ Individual appearing without counsel<br>☒ Attorney for: BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc. (C.049-4570) | **FILED & ENTERED**<br><br>DEC 07 2009<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Fawn Ridge Partners, L.P.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 2:09-bk-15088-TD<br>DATE: November 18, 2009<br>TIME: 10:00 a.m.<br>CTRM: 1345<br>FLOOR: 13th |

**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**UNDER 11 U.S.C. § 362 (Real Property)**
**(MOVANT: BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc.)**

1. The Motion was:   ☒ Contested   ☐ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

   Street Address: **2857 Rainfield Avenue**
   Apartment/Suite No.:
   City, State, Zip Code: **Thousand Oaks, California 91362**

   Legal description or document recording number (including county of recording):

   Lot 56 of Tract No 4394-2, in the City of Thousand Oaks, County of Ventura, State of California, as per map recorded in Book 133, Pages 8 to 12 inclusive of Miscellaneous Records (Maps), and as amended by an Affidavit Certificate of Correction recorded August 27, 1998 as Instrument No. 98-146585, Official Records, in the office of the County Recorder of said County.

   ☐ See attached page.

3. The Motion is granted under:   ☒ 11 U.S.C. § 362(d)(1)   ☒ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009                                                                      **F 4001-1O.RP**

Exhibit A, Page 000004

| In Re (SHORT TITLE) Fawn Ridge Partners, LP | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s) | CASE NO: 2:09-bk-15088-TD |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☐ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

###

DATED: December 7, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009                                                                                           F 4001-1O.RP

Exhibit A, Page 000005

| In Re (SHORT TITLE) Fawn Ridge Partners, LP | Debtor(s) | CHAPTER: 11 CASE NO: 2:09-bk-15088-TD |
|---|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Polk, Prober & Raphael, A Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

The foregoing document described as an **ORDER ON MOTION FOR RELIEF FROM STAY (REAL PROPERTY)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 11/20/09 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/20/09 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009

F 4001-1O.RP

Exhibit A, Page 000006

| In Re (SHORT TITLE) Fawn Ridge Partners, LP | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s) | CASE NO: 2:09-bk-15088-TD |

## II. SERVED BY U.S. MAIL

Honorable Thomas B. Donovan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012-3332
JUDGE'S COPY

Fawn Ridge Partners, LP
9606 Santa Monica Blvd, Third Floor
Beverly Hills, CA 90210
Debtor

Richard L. Darling
Coleen M. Darling
2857 Rainfield Avenue
Thousand Oaks, CA 91362
Borrowers

Anthony J. Napolitano, Esquire
1000 Wilshire Blvd, Ste #1500
Los Angeles, CA 90017-2457
Attorney for Debtors

Office of the U.S. Trustee
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Countrywide Home Finance
450 American Street
Simi Valley, CA 93065
Jr. Lienholder

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
Revised January 2009

F 4001-1O.RP

Exhibit A, Page 000007

| In Re      (SHORT TITLE) | | CHAPTER: | 11 |
|---|---|---|---|
| Fawn Ridge Partners, LP | Debtor(s) | CASE NO: | 2:09-bk-15088-TD |

### NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER ON MOTION GRANTING RELIEF FROM AUTOMATIC STAY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **July 8, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Anthony J Napolitano** anapolitano@buchalter.com, IFS_filing@buchalter.com
**Cassandra J Richey** cmartin@pprlaw.net
**Steven M Spector** sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Fawn Ridge Partners, LP
9606 Santa Monica Blvd, Third Floor
Beverly Hills, CA 90210
Debtor

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Revised January 2009                                                                **F 4001-1O.RP**

Exhibit A, Page 000008

| In re: FAWN RIDGE PARTNERS, LP | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **NOTICE OF APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 10, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi    cmartin@pprlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey    cmartin@pprlaw.net
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 10, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 10, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352 Los Angeles, CA 90012 (via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/10/09 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   **F 9013-3.1**