# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: FAWN RIDGE PARTNERS<br>Debtor(s). | CASE NO.: LA 09-15088 TD<br><br>NOTICE OF REFERRAL OF APPEAL<br><br>Notice of Appeal Filed: 12/10/09<br>Notice of Cross-Appeal Filed: N/A<br>Bankruptcy Filed: 3/5/09 |
|---|---|

**FILED DEC 14 2009**

**TO:** ALL PARTIES IN INTEREST, AND
- [X] BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT, <u>OR</u>
- [ ] U. S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

YOU AND EACH OF YOU are hereby notified that the following documents have been filed with the Clerk of the Bankruptcy Court:

- [ ] Motion for Leave to Appeal
- [ ] Answer in Opposition to Motion for Leave to Appeal
- [X] Notice of __X__ Appeal _____ Cross-Appeal
- [ ] Appellant's Statement of Election Designation of Record
- [ ] Other Appellants

By virtue of Orders of the Judicial Council of the Ninth Circuit and the District Court for this District, the above appeal and related documents have been referred to the Bankruptcy Appellate Panel or U. S. District Court, as indicated above.

DATED: __12/14/09__

Jon D. CERETTO
Clerk of Court

By: WANDA TOLIVER
Deputy Clerk

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the NOTICE OF APPEAL, NOTICE OF REFERRAL OF APPEAL, TRANSCRIPT ORDER FORM, AND NOTICE OF TRANSCRIPT were mailed to each of the parties listed in the Appeal, at the address set forth with their respective names on this date, together with a copy of the below-referenced applicable ORDER:

- [ ] **AMENDED ORDER ESTABLISHING AND CONTINUING THE BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed on or before 10/22/94)
- [X] **AMENDED ORDER CONTINUING BANKRUPTCY APPELLATE PANELS OF THE NINTH CIRCUIT** (referencing appeals originating in bankruptcy cases filed after 10/22/94)

DATED: __12/14/09__

JON D. CERETTO
Clerk of Court

By: __WANDA TOLIVER__
Deputy Clerk

---

**NOTICE OF REFERRAL OF APPEAL (Bankruptcy)**

APPEALS: NTC-REF.BK (Revised format 5/02)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

## APPEAL SERVICE LIST

[X] NOTICE OF REFERRAL OF APPEAL
[ ] CERTIFICATE OF READINESS AND COMPLETION OF RECORD

CASE NO. **LA 04-10052 TD**          ADVERSARY NO.: **LA 08-1559 TD**

[X]  BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
     Office of the Clerk
     United States Court of Appeals Building
     125 South Grand Avenue
     Pasadena, CA  91105-1510

[ ]  U. S. DISTRICT COURT                          [ ]  U. S. DISTRICT COURT
     Central District of California, Western Division    Central District of California, Southern Division
     U. S. Courthouse, Room G-8                          411 West Fourth Street
     312 North Spring Street                             Room 1053
     Los Angeles, CA  90012-4701                         Santa Ana, CA  92701-4516

                                                    [ ]  Arthur Marquis
[X]  OFFICE OF THE U. S. TRUSTEE                         OFFICE OF THE U. S. TRUSTEE
     725 South Figueroa Street, 26th Floor               411 West Fourth Street, Room 9041
     Los Angeles, CA  90017                              Santa Ana, CA  92701
     Attn: Alvin Mar
[ ]  Terri Hawkins-Andersen                         [ ]  Jennifer Braun
     OFFICE OF THE U. S. TRUSTEE                         OFFICE OF THE U. S. TRUSTEE
     3685 Main Street                                    21051 Warner Center Lane, Suite 115
     Riverside, CA  92501                                Woodland Hills, CA  91367

INDICATE BELOW NAMES AND ADDRESSES OF PARTIES LISTED IN THE APPEAL:

ATTORNEY FOR APPELLANT              ATTORNEY FOR APPELLEE
STEVEN M SPECTOR                    DEAN R PROBER
ANTHONY NAPOLITANO                  CASSANDRA J RICHEY
BUCHALTER NEMER                     POLK PROBER & RAPHAEL
1000 WILSHIRE BL STE 1500           20750 VENTURA BL STE 100
LOS ANGELES CA 90017-2457           WOODLAND HILLS CA 91364