STEVEN M. SPECTOR (SBN: 51623)
　Email: sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
　Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Appellant Fawn Ridge Partners, LP

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FAWN RIDGE PARTNERS, LP,<br><br>　　　　　Debtor. | Case No. 2:09-bk-15088-TD<br><br>B.A.P. Case No. 09-1396<br><br>Chapter 11 |
| FAWN RIDGE PARTNERS, LP,<br><br>　　　　　Appellant,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>　　　　　Appellee. | **APPELLANT FAWN RIDGE PARTNERS, LP's DESIGNATION OF RECORD ON APPEAL**<br><br>[Appellant's Statement of Issues on Appeal concurrently filed herewith.] |

Case 2:09-bk-15088-TD    Doc 65    Filed 12/18/09    Entered 12/18/09 13:28:14    Desc
Main Document      Page 2 of 4

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Fawn Ridge, debtor and debtor-in-possession in the above-captioned bankruptcy case, and appellant in *Fawn Ridge Partners, LP v. BAC Home Loans Servicing, LP*, B.A.P. Case No. 09-1396 ("Fawn Ridge"), hereby designates the following items to be included in the record on appeal of the Bankruptcy Court's Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) and the Supplemental Memorandum Regarding BAC Home Loans Servicing's Motion for Relief From Stay entered on December 7, 2009 in the above-referenced bankruptcy case:

| Docket No. | Date | Description |
|---|---|---|
| 1 | 3/5/2009 | Chapter 11 Voluntary Petition |
| 32 | 7/23/2009 | Notice of Motion and Motion of BAC Home Loans Servicing, LP for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) |
| 34 | 8/5/2009 | Debtor's Opposition to Motion for Relief from the Automatic Stay of BAC Home Loans Servicing, LP |
| 35 | 8/5/2009 | Declaration of Richard L. Darling in Support of Debtor's Opposition to Motion for Relief from the Automatic Stay of BAC Home Loans Servicing, LP |
| 36 | 8/6/2009 | Debtor's Supplemental Opposition to Motion for Relief from the Automatic Stay of BAC Home Loans Servicing, LP |
| 37 | 8/17/2009 | Stipulation By BAC Home Loans Servicing, LP and Fawn Ridge Partners, LP |
| 38 | 8/18/2009 | Stipulation By BAC Home Loans Servicing, LP and Fawn Ridge Partners, LP |
| 39 | 8/18/2009 | Interim Adequate Protection Order Granting Motion for Relief from the Automatic Stay |
| 51 | 11/4/2009 | Debtor's Second Supplemental Opposition to Motion for Relief from the Automatic Stay of BAC Home Loans Servicing, LP |
| 52 | 11/12/2009 | Reply to Debtor's Second Supplemental Opposition to Motion for Relief from Stay |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 4966882v1

2

APPELLANT FAWN RIDGE PARTNERS, LP'S DESIGNATION OF RECORD ON APPEAL

| | | |
|---|---|---|
| 55 | 12/7/2009 | Supplemental Memorandum Regarding BAC Home Loans Servicing's Motion for Relief From Stay |
| 56 | 12/7/2009 | Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) |
| 59 | 12/10/2009 | Notice of Appeal |
| 60 | 12/10/2009 | Emergency Motion of Appellant Fawn Ridge Partners, LP for Stay Pending Appeal of the Order Granting BAC Home Loan Servicing, LP's Motion for Relief from the Automatic Stay |
| 62 | 12/10/2009 | Order Denying Debtor's Emergency Motion of Appellant Fawn Ridge Partners, LP for Stay Pending Appeal |

Fawn Ridge further designates as part of the record on appeal the transcript of the November 18, 2009 hearing on BAC Servicing's Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 (Real Property).

Dated: December 18, 2009          Respectfully Submitted,

BUCHALTER NEMER, a professional corporation


By: __/s/ Steven M. Spector__
      STEVEN M. SPECTOR

Attorneys for Appellant Fawn Ridge Partners, LP

| In re: FAWN RIDGE PARTNERS, LP | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **APPELLANT FAWN RIDGE PARTNERS, LP's DESIGNATION OF RECORD ON APPEAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 18, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi     cmartin@pprlaw.net
- Anthony J Napolitano     anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey     cmartin@pprlaw.net
- Steven M Spector     sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 18, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 18, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse 255 E. Temple Street, Suite 1352 Los Angeles, CA 90012 (via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/18/09 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                      F 9013-3.1