| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| Steven M. Spector (SBN: 51623)<br>Anthony J. Napolitano (SBN: 227691)<br>BUCHALTER NEMER, APC<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-2457<br>(213) 891-0700<br>Attorney for: Fawn Ridge Partners, LP | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Fawn Ridge Partners, LP<br><br><br><br>Debtor(s). | CASE NO.: 2:09-15088-TD<br><br>CHAPTER: 11<br><br>**NOTICE OF TRANSCRIPT(S)**<br><br>DATE NOTICE OF<br>APPEAL FILED: 12/10/09 |
|---|---|

**TO:    CLERK, U. S. BANKRUPTCY COURT AND OTHER PARTIES IN INTEREST:**

**NOTICE IS HEREBY GIVEN** that the following action has been taken:

[ ]    I do not intend to designate any portion of the transcript(s) and will notify all counsel of this intention.

[✓]    As retained counsel (or litigant proceeding in pro per), I have requested a copy of the below-referenced transcript(s) and guarantee payment of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of the order.

**DATE TRANSCRIPT(S) ORDERED**          **FOR HEARING DATE(S)**

December 18, 2009                                     November 18, 2009 10:00 a.m.


**DATED:** 12/18/09                                           /s/ Steven M. Spector, Esq.
                                                                                   **Signature**

### *SPECIAL INSTRUCTIONS*

**THIS IS NOT AN ORDER FOR A TRANSCRIPT.** To order a transcript, please use the Court approved TRANSCRIPT ORDER FORM.

The original and 2 copies of this Notice, accompanied by a Proof of Service on opposing counsel, are to be filed with the U. S. Bankruptcy Court within 14 days of the filing of the Notice of Appeal.

---

**NOTICE OF TRANSCRIPT(S) (Bankruptcy)**
APPEALS: NTC-TSC.BK (Revised format 12/09)

| In re: FAWN RIDGE PARTNERS, LP | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **NOTICE OF TRANSCRIPT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 18, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi    cmartin@pprlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey    cmartin@pprlaw.net
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On December 18, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Debtor
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 18, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Thomas B. Donovan, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352 Los Angeles, CA 90012 (via Personal Delivery)

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/18/09 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                      **F 9013-3.1**