STEVEN M. SPECTOR (SBN: 51623)
  Email: sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
  Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Appellant Fawn Ridge Partners, LP

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FAWN RIDGE PARTNERS, LP,<br><br>Debtor. | Case No. 2:09-bk-15088-TD<br><br>B.A.P. Case No. 09-1396<br><br>Chapter 11 |
| FAWN RIDGE PARTNERS, LP,<br><br>Appellant,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>Appellee. | **APPELLANT FAWN RIDGE PARTNERS, LP's SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL** |

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 5119192v1

1

Case 2:09-bk-15088-TD    Doc 68    Filed 01/15/10    Entered 01/15/10 10:19:02    Desc
Main Document    Page 2 of 3

**TO THE CLERK OF THE BANKRUPTCY COURT AND TO ALL PARTIES IN INTEREST:**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, Fawn Ridge, debtor and debtor-in-possession in the above-captioned bankruptcy case, and appellant in *Fawn Ridge Partners, LP v. BAC Home Loans Servicing, LP*, B.A.P. Case No. 09-1396 ("Fawn Ridge"), hereby provides this supplemental designation of the following items to be included in the record on appeal of the Bankruptcy Court's Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Real Property) and the Supplemental Memorandum Regarding BAC Home Loans Servicing's Motion for Relief From Stay entered on December 7, 2009 in the above-referenced bankruptcy case:

| Docket No. | Date | Description |
|---|---|---|
| 67 | 1/15/2010 | Appellant Fawn Ridge Partners, LP's Notice of Lodgment of Transcript of November 18, 2009 Hearing |

Dated: January 15, 2010

Respectfully Submitted,

BUCHALTER NEMER, a professional corporation

By:  /s/ Anthony J. Napolitano
     ANTHONY J. NAPOLITANO

Attorneys for Appellant Fawn Ridge Partners, LP

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 5119192v1

2

APPELLANT FAWN RIDGE PARTNERS, LP'S
SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: BUCHALTER NEMER, 1000 WILSHIRE BLVD., STE 1500, LOS ANGELES CA, 90017

A true and correct copy of the foregoing document described as _____
**APPELLANT FAWN RIDGE PARTNERS, LP's SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 15, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

- Gregory S Abrams    jbothell@askfinancial.com
- Steven M Berman    sberman@slk-law.com
- Christopher L Blank    clblank@pacbell.net
- William S Brody    tpearsall@buchalter.com
- Han K. Lee    han@wsrlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Queenie K Ng    queenie.k.ng@usdoj.gov
- J Alexandra Rhim    arhim@buchalter.com, smartin@buchalter.com
- Summer Saad    summer@wsrlaw.net
- James R Selth    jim@wsrlaw.net
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Daniel J Weintraub    dan@wsrlaw.net

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On January 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Hon. Vincent P. Zurzolo, U.S. Bankruptcy Court, Roybal Federal Building, 255 E. Temple St., Suite 1360, Los Angeles, CA 90012-3332

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 15, 2010 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
BN 4621311v2

F 9013-3.1
American LegalNet, Inc.
www.FormsWorkflow.com