# United States Bankruptcy Court
## Central District Of California

In re  Fawn Ridge Partners, LP                  ,     Case No.  2:09-bk-15088-TD
        Debtor

                                                                              Chapter  11

Fawn Ridge Partners, LP                        ,
        Appellant
v.

BAC Home Loans Servicing, LP              ,     Appeal. No.  CC-09-1396-HPDu
        Appellee

## BILL OF COSTS ON APPEAL TO THE BANKRUPTCY APPELLATE PANEL

Notice is given that the following Bill of Costs will be presented to the bankruptcy clerk at the following place and time:

| Address | Room |
|---|---|
| U.S. Bankruptcy Court Central District of California Edward R. Roybal Federal Building and Courthouse 255 East Temple Street, Los Angeles, California 90012 | Clerk's Office |
| | Date and Time |
| | April 29, 2010 |

Judgment was entered in the above entitled action on  March 29, 2010  against  BAC Home Loans Servicing, LP
                                                                       (date)

The clerk of the bankruptcy court is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the clerk | $ 255.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ 26.00 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse) | $ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | $ 460.00 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of appellate court | $ |
| Other costs [Please itemize] | $ |
| | $ |
| | $ |
| **TOTAL** | **$ 741.00** |

### DECLARATION

I, attorney for  Fawn Ridge Partners, LP                  declare under penalties of perjury that the
                                   (name of party)

foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name and Address of Judgment Debtor
BAC Home Loans Servicing, LP
c/o Polk, Prober & Raphael, a law corporation
Attn: David Makkabi, Esq.
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364

April 29, 2010
    Date                                                              Signature of Attorney

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ 741.00

                                                                              *Clerk of the Bankruptcy Court*
By:
    Date                                                                       *Deputy Clerk*

American LegalNet Inc.
www.USCourtForms.com

| In re: FAWN RIDGE PARTNERS, LP | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:09-bk-15088-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described **BILL OF COSTS ON APPEAL TO THE BANKRUPTCY APPELLATE PANEL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 29, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi    cmartin@pprlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey    cmartin@pprlaw.net
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On April 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/29/10 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                   **F 9013-3.1**