

**FILED & ENTERED**

**FEB 24 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:09-bk-15088-TD |
| Fawn Ridge Partners, LP, | Chapter: 11 |
| | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |
| | Date:  April 13, 2011<br>Time: 10:00 a.m.<br>Location:  Courtroom 1345 |
| Debtor. | |

TO THE DEBTOR FAWN RIDGE PARTNERS, LP, AND ITS ATTORNEYS; TO COUNTRYWIDE HOME FINANCE, BANK OF AMERICA, N.A., AND BAC HOME LOANS SERVICING, L.P., AND THEIR ATTORNEYS; TO THE UNITED STATES TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:

YOU ARE HEREBY ORDERED to show cause in writing filed and served not later than March 23, 2011, why this case should not be dismissed for the following reasons:

1. Debtor's proposed disclosure statement was rejected by the court's order entered February 10, 2010. Debtor has filed no further disclosure statement to support its plan of reorganization filed on August 31, 2009, or to suggest any revision of its proposed plan of

reorganization, nor has it recommended conversion or dismissal of the case as provided by 11 U.S.C. § 1106(a)(5).

    2.    Debtor's proposed plan filed in 2009 treats Bank of America, N.A., as an impaired secured creditor in classes 1 and 2.  However, no apparent recent reorganization steps have taken place, to the court's knowledge, since Debtor prevailed on its appeal of the court's order granting relief from stay to BAC Home Loans Servicing, LP, as set forth in the Bankruptcy Appellate Panel memorandum filed March 29, 2010.

    3.    In light of the foregoing, it appears that no valid purpose is being served in this chapter 11 case and that perhaps this case should be dismissed at this time (a) as unnecessary or (b) because it is suffering from lack of effective prosecution or is not being handled expeditiously.  It would appear that there is no reasonable likelihood of a successful reorganization within a reasonable time.

Replies to any written responses to this order may be filed and served not later than March 30, 2011.

The hearing on this order to show cause is set for Wednesday, April 13, 2011, at 10:00 a.m., in Courtroom 1345.

IT IS SO ORDERED.

DATED: February 24, 2011

_____
United States Bankruptcy Judge

- 2

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **2/23/11**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David F Makkabi on behalf of Creditor BAC Home Loans Servicing, L.P.
cmartin@pprlaw.net, dmakkabi@pralc.com

Anthony J Napolitano on behalf of Debtor Fawn Ridge Partners, LP
anapolitano@buchalter.com, IFS_filing@buchalter.com

Cassandra J Richey on behalf of Creditor BAC Home Loans Servicing, L.P.
cmartin@pprlaw.net

Steven M Spector on behalf of Debtor Fawn Ridge Partners, LP
sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Debtor*
Fawn Ridge Partners, LP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page