STEVEN M. SPECTOR (SBN: 51623)
ANTHONY J. NAPOLITANO (SBN: 227691)
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: sspector@buchalter.com
Email: anapolitano@buchalter.com

Attorneys for Debtor
Fawn Ridge Partners, LP

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FAWN RIDGE PARTNERS, LP,<br><br>Debtor. | Case No. 2:09-bk-15088<br><br>Chapter: 11<br><br>**DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL OF CHAPTER 11 CASE**<br><br>Date:  April 13, 2011<br>Time:  10:00 a.m.<br>Ctrm:  1345<br>Roybal Federal Building<br>255 E. Temple Street<br>Los Angeles, CA  90012 |

**TO THE HONORABLE THOMAS B. DONOVAN, UNITED STATES BANKRUPTCY JUDGE:**

Fawn Ridge Partners LP ("Debtor") submits the following Response to the Court's Order to Show Cause ("OSC") re dismissal of the within Chapter 11 case:

Debtor does not dispute the Court's analysis of this case as set forth in paragraphs 1 through 3 of the OSC. What is not apparent is the following: Debtor has attempted to resolve its issues with BAC. Specifically, Debtor has submitted in the form prescribed by BAC to both BAC and its lawyers a loan modification proposal. BAC has not responded. BAC has not

1 advised Debtor whether the proposal is acceptable, rejected or on what terms, if any, a proposal

2 would be acceptable. In short, the proposal is "still pending."

3 Moreover, as the Court is undoubtedly aware, since the filing of this case, the political and

4 economic environment respecting foreclosures on single family residences has materially

5 changed. Substantial regulatory "heat" has been exerted on lenders. The attorneys general of

6 almost every state have filed suits against lenders respecting their foreclosure processes. Horror

7 stories with respect to consumers and foreclosing lenders are abound. There has been substantial

8 governmental urging to modify loans instead of foreclosing. Indeed, it would appear that BAC

9 has embraced this concept. Whether any of this has an impact on BAC and this case remains to

10 be seen.

11 Based on the foregoing, Debtor's position is as follows:

12 1. As the Court suggests, this case should not be held in abeyance forever.

13 2. Debtor requests the Court set an additional time deadline for Debtor and BAC to

14 make a deal or not.

15 3. Three days prior to the expiration of the time deadline set by the Court, Debtor

16 will either (a) file a declaration stating no deal was made and concurrently Debtor will lodge an

17 Order of dismissal; or (b) Debtor will advise the Court in a declaration that a deal has been agreed

18 to which will allow a facially confirmable plan to be filed and Debtor will file a disclosure

19 statement and plan incorporating the deal within 30 days.

20 DATED: March 23, 2011          BUCHALTER NEMER
                                            A Professional Corporation

By: /s/ STEVEN M. SPECTOR
             STEVEN M. SPECTOR
             Attorneys for Debtor
             Fawn Ridge Partners, LP

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 8401106v2

2

DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL OF CHAPTER 11 CASE

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL OF CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *March 23, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi    cmartin@pprlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey    cmartin@pprlaw.net
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *March 23, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Mr. Richard Darling
Fawn Ridge Partners LP
2857 Rainfield Avenue
Thousand Oaks, CA 91362-5162

Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *March 23, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/23/11 | SANDRA I. ALARCON | /s/ SANDRA I. ALARCON |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                      **F 9013-3.1.PROOF.SERVICE**