STEVEN M. SPECTOR (SBN: 51623)
Email: sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN 227691)
Email: anapolitano@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, California 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FAWN RIDGE PARTNERS, LP,<br><br>　　　　Debtor. | Case No. 2:09-bk-15088-TD<br><br>Chapter 11<br><br>**DECLARATION OF STEVEN M. SPECTOR RE DISMISSAL OF CHAPTER 11 CASE**<br><br>Date:　　May 25, 2011<br>Time:　　10:00 a.m.<br>Place:　　Courtroom 1345<br>　　　　　255 East Temple Street<br>　　　　　Los Angeles, CA 90012 |

I, Steven M. Spector, hereby declare:

1.　I am an attorney duly licensed to practice law in the State of California and am a shareholder of Buchalter Nemer, A Professional Corporation, attorneys for the Debtor and Debtor-in-Possession in the above matter.

2.　The matters forth herein are true of my own personal knowledge and, if called as a witness, I will testify competently thereto.

3.　Consistent with Debtor's Response to Order to Show Cause, etc., and the

BN 9007738v1　　　　　　　　　　　　1

**DECLARATION OF STEVEN M. SPECTOR RE DISMISSAL OF CHAPTER 11 CASE**

1  statements made at the hearing on April 13, 2011, the Debtor has been unable to reach agreement
2  with BAC respecting a plan of reorganization. Accordingly, a proposed order with respect to the
3  dismissal of this Chapter 11 case is being filed concurrently herewith.
4      4.   At the hearing on April 13, 2011, the United States Trustee requested as a
5  condition of dismissal that the second quarter of 2011 United States Trustee's fees be paid.
6  Attached hereto, marked Exhibit "A" and incorporated hereat by reference is a copy of the
7  Debtor's check made payable to the United States Trustee for the amount due for the second
8  quarter of 2011. I have transmitted the check to Russell Clemenson of the Office of the United
9  States Trustee. All fees due the United States Trustee have, therefore, been paid.
10     I declare under penalty of perjury of the laws of the United States of America that the
11 foregoing is true and correct.
12     Executed at Los Angeles, California on May 23, 2011.

                                    /s/ STEVEN M. SPECTOR
                                    STEVEN M. SPECTOR

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 9007738v1                              2

**DECLARATION OF STEVEN M. SPECTOR RE DISMISSAL OF CHAPTER 11 CASE**

# EXHIBIT A

*(Check image, rotated 90°)*

**FAWN RIDGE PARTNERS, LP**
**CHAPTER 11 DEBTOR IN POSSESSION**
**CASE #2:09-BK-15088-TD**
P.O. BOX 6579
WESTLAKE VILLAGE, CA 91359

001050
16-49-6/1220
2180061978

PAY TO THE ORDER OF: U.S. Trustee

Three Hundred Twenty Five and no/100 DOLLARS

DATE: 5/18/11
$ 325.00

UNION BANK, N.A.
Specialized Deposits

FOR: #2-09-BK-15088-TD

⑈001050⑈ ⑆122000496⑆ 2180061978⑈

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document described as **DECLARATION OF STEVEN M. SPECTOR RE DISMISSAL OF CHAPTER 11 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *May 23, 2011*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- David F Makkabi    cmartin@pprlaw.net
- Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com
- Cassandra J Richey    cmartin@pprlaw.net
- Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *May 23, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Mr. Richard Darling
Fawn Ridge Partners LP
2857 Rainfield Avenue
Thousand Oaks, CA 91362-5162

Honorable Thomas B. Donovan
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *May 23, 2011,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/23/11 | SANDRA I. ALARCON | /s/ SANDRA I. ALARCON |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    **F 9013-3.1.PROOF.SERVICE**